■ In the Matter of TERRENCE SLATER, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [20 NYS3d 541]—Appeal from a judgment of the Supreme Court (Elliott, J.), entered March 9, 2015 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Petitioner commenced this CPLR article 78 proceeding raising objections to a disciplinary hearing that resulted in his confinement in the special housing unit. Respondent moved to dismiss the petition based on petitioner's failure to exhaust his administrative remedies. Supreme Court granted the motion and this appeal ensued.

Petitioner prematurely commenced this proceeding while his administrative appeal was still pending. Notwithstanding petitioner's contention to the contrary, he "has failed 'to establish that any of the exceptions to the exhaustion doctrine applied'" (*Matter of Bennefield v Annucci*, 122 AD3d 1329, 1331 [2014], quoting *Matter of Ross v Ricks*, 268 AD2d 925, 926 [2000]). As such, Supreme Court properly dismissed the petition (*see Matter of Tafari v Leclaire*, 79 AD3d 1465, 1466 [2010], *lv dismissed* 16 NY3d 826 [2011]; *Matter of Dagnone v Goord*, 298 AD2d 789, 790 [2002]).

McCarthy, J.P., Garry, Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed, without costs.